# Cassandra Ikerd

**Subject:** FW: Action Requested: PACER Fee Exemption Request for Dr. Yonathan Arbel PACER ID: 5041967.
**Attachments:** MultiCourt Exemption Request (002).pdf; exempt_model_order - Researcher.pdf

---

**From:** AOdb_Multi-CourtExemptions <Multi-CourtExemptions@ao.uscourts.gov>
**Sent:** Thursday, February 23, 2023 10:41 AM
**To:** Wendy Oliver <Wendy_Oliver@tnwd.uscourts.gov>; Greer Lynch <Greer_Lynch@alnd.uscourts.gov>
**Subject:** Action Requested: PACER Fee Exemption Request for Dr. Yonathan Arbel PACER ID: 5041967.

Dear Clerk,

Please find below application for fee exemption for Dr. Yonathan Arbel.

Respectfully

---

**From:** AOdb_Multi-CourtExemptions <Multi-CourtExemptions@ao.uscourts.gov>
**Sent:** Thursday, February 23, 2023 4:32 PM
**Cc:** Stephen Grant <Stephen_Grant@ao.uscourts.gov>; Michelle Gardner <Michelle_Gardner@ao.uscourts.gov>
**Subject:** Action Requested: PACER Fee Exemption Request for Dr. Yonathan Arbel PACER ID: 5041967.

Dear Clerk,

The attached Multi-Court Exemption Application and supporting documentation requests an exemption from EPA fees for Dr. Yonathan Arbel from 02/22/2023 through 01/01/2024. We recommend the exemption request be approved.

The Electronic Public Access Fee Schedule provides that a court may consider exempting individual researchers associated with educational institutions if they have shown that the defined research project is intended for scholarly research that is limited in scope and not intended for redistribution on the internet or for commercial purposes. A request is limited in scope if the amount of exempt access requested is narrowly tailored to meet the needs of the defined research project. Dr. Yonathan Arbel is an associate professor at law with the University of Alabama Law School. He is researching on contract litigation with a focus on 3 NOS Codes from 2012 to 2022.

Dr. Yonathan Arbel PACER account number is 5041967. For your convenience, a sample order is attached. If your court chooses to grant Dr. Yonathan Arbel's exemption request, please forward a copy of the order to the PACER Service Center at pacer@psc.uscourts.gov and to this mailbox at Multi-CourtExemptions@ao.uscourts.gov.

Should you have any questions, please contact me at my signature information below. Thank you.

**Michael Djan**
**EPA Management Analyst**
**Court Services Office**
**Department of Program Services**
**Administrative Office of the U.S Courts**

**Washington DC, 20544**
**202-502-2273**

---

**From:** Yonathan Arbel <yarbel@law.ua.edu>
**Sent:** Thursday, February 23, 2023 3:03 PM
**To:** AOdb_Multi-CourtExemptions <Multi-CourtExemptions@ao.uscourts.gov>
**Subject:** PACER Access Request

**CAUTION - EXTERNAL:**

Good afternoon,

Following on my previous correspondence, please see my revised attached request for research exemption accessing PACER. I would appreciate your consideration and would gladly submit a research prospectus or sign any confidentiality forms that may be helpful in approving this request.
Should it be useful, the details of my Pacer account are:

| **Account Number** | 5041967 |
|---|---|
| **Username** | yonarbel |

Sincerely,
Dr. Arbel


**Yonathan Arbel**
Associate Professor of Law
Check out my research
Personal website | Anonymous suggestion box

ALABAMA LAW
THE UNIVERSITY OF ALABAMA

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.